# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Ruben Juarez v. The Northwestern Mutual Life Insurance Company     Docket No.: 15-790

Lead Counsel of Record (name/firm) or Pro se Party (name): Paul F. Heaton, Godfrey & Kahn, S.C.

Appearance for (party/designation): The Northwestern Mutual Life Insurance Company

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[ ] Correct
[✓] Incorrect. See attached caption page with corrections. (Merely to correct proper name of The Northwestern Mutual Life Insurance Company.)

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                           Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Talwar v. Staten Island University Hospital, et al., Case No. 14-1520, E.D.N.Y. Case No. 1:12-cv-00033-CBA-JMA
(similar issues may be addressed)

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Paul F. Heaton
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.