No. 15-790

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

RUBEN JUAREZ, ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARY SITUATED

*Plaintiff-Appellee*

v.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

*Defendant-Appellant*

Interlocutory Appeal
From An Order Of The United States District Court
For The Southern District of New York

The Honorable Katherine B. Forrest, Presiding
Case No. 1:14-cv-05107-KBF