NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ruben Juarez v. Northwestern Mutual Life Insurance Co.   Docket No.: 15-790

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Christopher A. Parlo

Firm: Morgan, Lewis & Bockius, LLP

Address: 101 Park Avenue, New York, NY 10178-0060

Telephone: 212-309-6062   Fax: 212-309-6001

E-mail: cparlo@morganlewis.com

Appearance for: The Northwestern Mutual Life Insurance Company
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Paul F. Heaton, Godfrey & Kahn, S.C. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: [signature]

Type or Print Name: Christopher A. Parlo